**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. KANE, DUNHAM & KRAUS, Inc.**

**No. 13042.**

Circuit Court of Appeals, Eighth Circuit.

Feb. 19, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation of parties.

■

**Dan M. NEE, Collector of Internal Revenue, Appellant, v. ACME AUTO LIVERY COMPANY, a Corporation.**

**No. 13041.**

Circuit Court of Appeals, Eighth Circuit.

Feb. 6, 1945.

Maurice M. Milligan, U. S. Atty., and Sam O. Hargus, Asst. U. S. Atty., both of Kansas City, Mo., for appellant.

Lancie L. Watts, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without the taxation of costs in favor of either of the parties in this Court, on motion of appellant.